435 A.2d 656

Commonwealth v. Petrovic, Appellant.

Petition for Allowance of Appeal Denied Jan. 18, 1982.

Submitted March 6, 1980. Anthony S. Federico, Jr., for appellant; Marion E. Mac Intyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Judgment of sentence affirmed.